United States District Court
Southern District of Texas
**ENTERED**
October 27, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| SIMON GEBREMICHAEL ZERATTSIYON, "Petitioner," | § § § | |
| v. | § § | Civil Action No. 1:25-cv-00349 |
| KRISTI NOEM, *et al.*, "Respondents." | § § | |

**ORDER**

Before the Court is Respondent Franciso Venegas' "Notice to Court and Motion to Dismiss Francisco Venegas" (Dkt. No. 6) ("Motion to Dismiss"), and the "Magistrate Judge's Report and Recommendation" (Dkt. No. 13) ("Report & Recommendation").

The Report and Recommendation was published on September 29, 2026, and objections to the Report and Recommendation were due on October 13, 2026. Since no objections were filed to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the Report and Recommendation (Dkt. No. 13) is **ADOPTED**. Thus, Defendant's Motion to Dismiss (Dkt. No. 6) is **GRANTED**. The Clerk of Court is **ORDERED** to remove Respondent Francisco Venegas as a party to the instant case.

SIGNED this October 27, 2026

Rolando Olvera
United States District Judge